UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TRACY L. SIEGRIST, | )   BANKRUPTCY |
| | ) |
| | )   NO.   09-71928 |
| Debtor. | ) |

_____

### NOTICE OF INTENT TO SELL – PRIVATE SALE
_____

John L. Swartz, Trustee, hereby gives notice of intent to sell the following property by private sale:

1.    All of Debtor's undivided interests in the following parcels of real property, whether co-owned with Kirk Siegrist or owned solely in the name of Debtor or of Kirk Siegrist, but subject to the outstanding liens of taxes, assessments, liens and mortgages of record with respect thereto:

    A.  Having a common address of 1607 W. Spresser, Taylorville, Christian County, Illinois and legally described as:

        a.  The South 2.64 feet of Lot 3 and 4 **EXCEPT** The West 20 Feet Thereof, in Block 7 in City Park Addition to Taylorville, an addition situated on a part of the Southeast Quarter of Section 21, Township 13 North, Range 2 West of the third principal meridian as shown by plat of subdivision recorded May 7, 1904 in Plat Book 1 Page 43. Except all coal and minerals underlying said lands, together with the right to mine and remove same.

    B.  Having a common address of 1601 W. Spresser, Taylorville, Christian County, Illinois, and legally described as:

        a.  The East 111 feet of that portion of Lot 4 in Block 7 in City Park Addition to Taylorville which lies South of a line parallel to and 240'10" S of the N Line of Lot 3 in Block 7, said Tract situated in the SE ¼ of Sec 21, T13N,R2W of the 3rd P.M.

    C. Having a common address of 2302 Pine Tree Drive, Taylorville, Christian County, Illinois, and legally described as:
  a. Lot 35 Park Side Sub

    D. Having a common address of, 700 Briar Cliff Road, Woodlands South and North, Taylorville, Christian County, and legally described as:

  a. Lots 1 and 3 in the Woodlands North Subdivision to Taylorville, situated on part of the Southwest Quarter of Section 21, Township 13 North, Range 2 West of the third principal meridian, according to the Plat recorded April 7, 2004 as document number 2004r2252 in Plat Book 6 page 195. Except all coal and minerals underlying said lands, together with the right to mine and remove same.

  b. Lots 2, 3, and 4 in the Woodlands South Subdivision to Taylorville, situated on part of the Southwest Quarter of Section 21, Township 13 North, Range 2 West of the third principal meridian, according to the Plat Book recorded April 7, 2004 as document number 2004r2251 in Plat Book 6 page 194. Except all coal and minerals underlying said lands, together with the right to mine and remove same.

2. All of Debtor's stockholding interest in Kirk Siegrist Custom Builders, Inc.;

3. Any and all other non-exempt personal property interests of Debtor.

4. The Trustee has been offered the sum of $20,000.00 from the Siegrist Family Partnership.

5. Terms of sale: Cash or cashier's check on date of sale. The property is being sold "as is," with no warranties or representations as to quality or condition and subject to all liens, claims and encumbrances of record or in place.

6. The Trustee intends to:

    a.  execute such instruments as may be required to convey the property to the purchaser thereof upon full payment,

    b.  pay expenses of sale including any transfer taxes due from Sellers of like items, evidence of title, title insurance or for purposes of clearing title in the Trustee as Seller,

    c.  pay the fees and reasonable expenses of the auctioneer whose services have been previously approved by the Court with respect to the sale of the property;

    d.  pay from sales proceeds the balance owed to secured creditors, if any, holding liens in the subject property;

    e.  pay expenses reasonably incurred by the Trustee for the protection and security of the property; and

    f.  to make a report of sale to the Court therefore.

       Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**IF NO OBJECTIONS ARE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, 226 U.S. COURTHOUSE, 600 EAST MONROE, SPRINGFIELD, IL 62701 ON OR BEFORE_____December 10, 2009 _____ AN ORDER MAY AUTOMATICALLY BE ENTERED ALLOWING THE REQUESTED RELIEF. GO TO *WWW.ILCB.USCOURTS.GOV* FOR INFORMATION REGARDING THIS COURT'S MANDATORY ELECTRONIC FILING POLICY.**

DATE: <u>November 16, 2009</u>                        Respectfully submitted,

                                                   /s/    *John L. Swartz*
                                                              John L. Swartz, Trustee

John L. Swartz
Registration No. 02784777
Giffin, Winning, Cohen & Bodewes, P.C.
1 West Old State Capitol Plaza
Myers Building - Suite 600
Springfield, IL 62701
(217) 525-1571